**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 4, 2022

MEMORANDUM TO COUNSEL

Re:   *United States v. Trayvon Hall, et al.*
      Criminal No. CCB-19-0568

Dear Counsel:

This will confirm the schedule set at a chambers conference today. Motions in limine are due August 12, 2022, except that motions related to Jencks material are due August 30, 2022. Oppositions are due August 23 and September 7, respectively. Joint proposed voir dire, special verdict forms, and the government's jury instructions are due August 31, 2022, with a Word version emailed to chambers at mdd_ccbchambers@mdd.uscourts.gov. The pretrial conference in chambers, counsel only, is set for Thursday September 1, 2022, at 2:00 p.m.[1] The jury trial of this case (4–5 weeks) is scheduled to begin in Courtroom 7D on September 12, 2022. Jury selection is anticipated to take two days.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge

---

[1] Ryan Burke, counsel for the other remaining defendant, may advise chambers promptly if he is not available on this date.